IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND VON RHINE | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | |
| v. | Civil No. 09-6093 (JBS/AMD) |
| CAMDEN COUNTY SHERIFF'S OFFICE, et al. | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Defendants Camden County Sheriff's Office, William Fontanez, and Charles Billingham's motion for summary judgment [Docket Item 26]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this   **29th**   day of   **August**  , 2012 hereby

ORDERED that Defendants' motion for summary judgment is **GRANTED** with prejudice as to all counts except Count II, on which summary judgment is granted without prejudice; and it is further

ORDERED that Defendant Camden County Sheriff's Office is **DISMISSED** as to Counts II and III; and it is further

ORDERED that Plaintiff may, not later than fourteen (14) days from the entry of this Order move for leave to amend to

substitute Camden County as to Count II only; and it is further

ORDERED that the Clerk shall close the action upon the Docket.

      **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge

2